**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ERIC R. FORD,

                Plaintiff,

- against -

ALPHA RECOVERY CORP,

                Defendant.
-------------------------------------------------------------X

**JUDGMENT**
CV 21-2587 (GRB)(SIL)

      A Memorandum and Order of Honorable Gary R. Brown, United States District Judge, having been filed on July 23, 2021; dismissing the complaint without prejudice to replead within 14 days and after fourteen days the dismissal will be with prejudice; and the plaintiff having not replead, it is

      **ORDERED AND ADJUDGED** that Plaintiff Eric R. Ford take nothing of Defendant Alpha Recovery Corp.; that the complaint is dismissed with prejudice; and that this case is closed.

Dated: September 20, 2021
       Central Islip, New York

                                                         DOUGLAS C. PALMER
                                                         CLERK OF THE COURT
                                               BY:   /S/ JAMES J. TORITTO
                                                           DEPUTY CLERK